1  DAVID F. SAMPSON, ESQ.,
Nevada Bar No. 6811
2  LAW OFFICE OF DAVID SAMPSON
630 S. 3rd Street
3  Las Vegas, NV 89101
Tel: 702-605-1099
4  Fax: 888-209-4199
Email: david@davidsampsonlaw.com
5  Attorney for Plaintiff

6                    **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8

9  LUCIA   COVARRUBIAS,   an   Individual,
MARIA   DE   JESUS   RODRIGUEZ,   an
Individual, ESTATE OF OSCAR ALFREDO        Case 2:23-cv-00291
10  AYALA, Individually and as Assignees of
PABLO C. TORRES-ESPARZA.
11                                                        **STIPULATION AND**
Plaintiffs,                     **ORDER TO CONTINUE HEARING**
12                                                     **ON [ECF 16] DEFENDANT'S**
v.                                **MOTION FOR PROTECTIVE ORDER**
13                                                      **AND CONFIDENTIALITY**
KEY INSURANCE COMPANY; DOES I-V,                  **(First Request)**
inclusive; and ROE CORPORATIONS I-V,
14  inclusive,

15  Defendants.

16

17         Pursuant to LR IA 6-1, Plaintiffs LUCIA COVARRUBIAS, MARIA DE JESUS

18  RODRIGUEZ, and ESTATE OF OSCAR ALFREDO AYALA, ("Plaintiffs") and Defendants

19  KEY INSURANCE COMPANY ("Defendants"), by and through their respective counsel,

20  hereby stipulate and request that this Court continue the hearing on Defendant's Motion for

21  Protective Order and Confidentiality currently scheduled for September 18, 2023 at 10:00am.

22         This is the first stipulation to continue the hearing. Counsel for Plaintiff, David

23  Sampson, will be out of the country for his 30th wedding anniversary from September 13 until

24  September 27, 2023.

1  This request for a continuance of the hearing is not sought for any improper purpose or

2  other purpose of delay.

3  WHEREFORE, the parties respectfully request that this Court continue the September

4  18, 2023 hearing. The parties are available September 28, September 29, October 31, November

5  1, and November 3.

6  LAW OFFICE OF DAVID SAMPSON, LLC    PYATT SILVESTRI

7  /s/ *David Sampson*               /s/ *Ali R. Iqbal*

8  David F. Sampson, Esq.            JAMES P. C. SILVESTRI, ESQ.
   Nevada Bar No. 6811               Nevada Bar No. 3603

9  THE LAW OFFICE OF DAVID           ALI R. IQBAL, ESQ.
   SAMPSON, LLC.                     Nevada Bar No. 15056

10 630 S. 3rd Street                 PYATT SILVESTRI
   Las Vegas, NV  89101             701 Bridger Ave., Suite 600

11 Tel: (702) 605-1099               Las Vegas, NV 89101
   Fax: (888) 209-4199               Tel: (702) 383-6000

12 *Attorney for Plaintiff*          Fax: (702) 477-0088

13                                   jsilvestri@pyattsilvestri.com
                                     aiqbal@pyattsilvestri.com

14                                   Attorneys for Defendant,
                                     *KEY INSURANCE COMPANY*

15                           **ORDER**

16 IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 23) is GRANTED.
   IT IS FURTHER ORDERED that the hearing scheduled for September 18, 2023 is

17 VACATED.
   IT IS FURTHER ORDERED that the hearing regarding the motion for protective order

18 (ECF No. 16) is RESCHEDULED for September 28, 2023 at 1:30 PM in a Courtroom to
   be determined.

19

20 _____

21 DANIEL J. ALBREGTS
   UNITED STATES MAGISTRATE JUDGE

22 DATED: August 29, 2023

23

24

2