ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
**PYATT SILVESTRI**
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
aiqbal@pyattsilvestri.com

Attorneys for Defendant,
*KEY INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUCIA COVARRUBIAS, an Individual, MARIA DE JESUS RODRIGUEZ, an Individual, ESTATE OF OSCAR ALFREDO AYALA, Individually and as Assignees of PABLO C. TORRES-ESPARZA<br><br>Plaintiff,<br><br>vs.<br><br>KEY INSURANCE COMPANY, and DOES I - V, and ROE CORPORATIONS I - V, inclusive,<br><br>Defendants. | CASE NO.:   2:23-cv-00291-APG-DJA |

**STIPULATION AND PROPOSED TO EXTEND TIME TO COMPLETE DISCOVERY**
**(SECOND REQUEST)**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs LUCIA COVARRUBIAS, MARIA DE JESUS RODRIGUEZ, and the ESTATE OF OSCAR ALFREDO AYALA and their counsel of record, David F. Sampson, Esq., of the Law Offices of David Sampson, and Defendant KEY INSURANCE COMPANY, through its counsel of record

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

Page 1 of 4

James P.C. Silvestri, Esq., and Ali R. Iqbal, Esq., of the law firm Pyatt Silvestri, that the close of discovery shall be extended 60 days, pursuant to L.R. 26-3. This is the secibd request made by the parties. The parties set forth the following information in support of their stipulation.

a) **<u>Statement Specifying the Discovery Completed.</u>**

Plaintiffs made their initial disclosures as required by FRCP 26(a)(1) on April 25, 2023, a supplemental disclosure on June 21, 2023, a second supplemental disclosure on August 11, 2023, a third supplemental disclosure on August 17, 2023, and a fourth supplemental disclosure on November 6, 2023.  Defendant made its initial disclosures as required by FRCP 26(a)(1) on April 5, 2023, a supplemental disclosure on May 25, 2023, a second supplemental disclosure on June 20, 2023, a third supplemental disclosure on October 20, 2023, and a fourth supplemental disclosure on October 27, 2023.

On April 25, 2023, Plaintiffs served their first sets of Interrogatories and Requests for Production of Documents on Defendant.  On May 25, 2023, Defendant responded to Plaintiffs' Interrogatories and Requests for Production of Documents. On June 22, 2023, Defendant served supplemental responses to Plaintiffs' Requests for Production of Documents and supplemental Answers to Plaintiffs' Interrogatories. On July 14, 2023, Defendant served their first sets of Interrogatories, Requests for Production of Documents, and Requests for Admissions to Plaintiffs. Defendant has requested the availability of Plaintiffs for depositions. On August 17, 2023, Plaintiffs answered Defendant's first set of written discovery.

On September 12, 2023, the parties submitted a stipulated confidentiality and protective order. On October 23, 2023, Defendant served its Initial Designation of Expert Witness and Disclosure. On October 27, 2023, Defendant' provided its second supplemental responses to Plaintiff's Requests for Production of Documents. On November 9, 2023, Plaintiff served their second set of Request for Production of Documents to Defendant.

b) **<u>Discovery That Remains to Be Completed.</u>**

The extension is necessary so the parties can conduct further discoveries and requests time to do that is beyond the current close of discovery. Plaintiffs have asked to depose, and have set the depositions of, the Defendant's 30(b)(6) witness as well as Defendant's expert.

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

Page 2 of 4

c) **Reasons Discovery Was Not Completed Within the Time Limits and Needs to Be Extended**

The parties are making a request to extend only the deadlines related to the Close of Discovery, Dispositive Motions, and joint Pre-Trial Order, all of which have not passed. Pursuant to FRCP 6(b)(1)(A), and specifically LR 26-3, "a stipulation to extend any date set by the discovery plan, scheduling order, or other order must….be supported by a showing of good cause for the extension. A…stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline."

Here, there exists good cause for the extension of the discovery deadlines and this Request is being made well before the close of discovery deadline, which is currently, December 21, 2023. There exists good cause since the parties have both been actively working together in order to schedule depositions of the respective parties. Plaintiffs have requested depositions of Key Insurance Company's representatives and Defendant's expert, however the date requested is such that is a conflict for Defendant's counsel as well as Defendant. Further, Defendants have requested the depositions of Plaintiffs and are working to obtain availability in order to do so. Defendants also plan to take the depositions of two additional witnesses identified by the parties.

Further, Plaintiff and Defendant's counsel have a trial scheduled in another matter that has been blocked out by the court from December 11, 2023, until December 21, 2023.[1] Therefore, in order to accommodate both parties' schedules near the close of discovery, the parties stipulate to extend the close of discovery deadline in order to complete depositions in a timely manner and work with their respective schedules, especially considering the trial schedule of the parties.

d) **Proposed Schedule for Completing All Remaining Discovery**

In order to allow time for the parties to resolve and complete additional necessary discovery before they exchange expert reports, the parties which to extend existing deadlines by 90 days, for good cause as demonstrated above, as follows:

---

[1] Eighth Judicial District Court, Case No.: A-19-791828-C.

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

|  | Current Date | Proposed Date |
|---|---|---|
| Amend Pleadings and Add Parties | May 23, 2023 | Closed |
| Initial Expert Disclosures | October 23, 2023 | Closed |
| Rebuttal Expert Disclosures | November 21, 2023 | November 21, 2023 |
| Close of Discovery | December 21, 2023 | **March 20, 2024** |
| Dispositive Motions | January 22, 2024[2] | **April 19, 2024** |
| Joint Pretrial Order | February 19, 2024 | **May 20, 2024**[3] |

Based on the foregoing, the parties respectfully request this Court grant their Stipulation an Order to Extend Discovery Deadlines (Second Request).

Respectfully Submitted this 13th day of November 2023.

**PYATT SILVESTRI**

/s/ *Ali R. Iqbal, Esq.*
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
*Attorneys for Defendant*

**LAW OFFICES OF DAVID SAMPSON**

/s/*David F. Sampson*
DAVID F. SAMPSON, ESQ.
Nevada Bar No. 6811
630 South 3rd Street
Las Vegas, NV 89101
*Attorney for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

DATED: 11/14/2023

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] The actual date falls on a Saturday, January 20, 2024.
[3] The actual date falls on a Sunday, March 19, 2024.

# Jennifer Garcia

| | |
|---|---|
| **From:** | David Sampson <david@davidsampsonlaw.com> |
| **Sent:** | Sunday, November 12, 2023 2:22 PM |
| **To:** | Ali Iqbal; David Sampson |
| **Cc:** | Amanda Nalder; James Silvestri; Barbara Abbott; Jennifer Garcia |
| **Subject:** | Re: Covarrubias et. al. v. Key Insurance |

Caution! This message was sent from outside your organization.                    Allow sender | Block sender

This is fine. Thank you.  You may affix my e-signature and file the same.

Thanks,

On Sun, Nov 12, 2023 at 1:12 PM Ali Iqbal <aiqbal@pyattsilvestri.com> wrote:

I've made those changes, it is attached. We will submit this tomorrow.


Best,


Ali R. Iqbal, Esq.



701 Bridger Avenue, Suite 600

Las Vegas, Nevada 89101

Telephone: (702) 383-6000

Facsimile: (702) 477-0088

aiqbal@pyattsilvestri.com

www.pyattsilvestri.com

1