# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUCIA COVARRUBIAS, MARIA DE JESUS RODRIGUEZ, and ESTATE OF OSCAR ALFREDO AYALA, individually and as assignees of PABLO C. TORRES-ESPARZA, <br><br> Plaintiffs, <br><br> v. <br><br> KEY INSURANCE COMPANY, <br><br> Defendant | Case No.: 2:23-cv-00291-APG-DJA <br><br> **Order Rejecting Second Proposed Joint Pretrial Order** <br><br> [ECF No. 41] |

I previously rejected the parties' proposed Joint Pretrial Order because it did not comply with Local Rules 16-3 and 16-4. ECF No. 40. The parties have filed a second proposed Joint Pretrial Order (ECF No. 41), but it has errors also. Specifically, the parties stipulate into evidence 154 of the plaintiffs' exhibits, but the defendant then objects to scores of those same exhibits. *Compare* ECF No. 41 at 18-28 *with* 31-43. If the exhibits are stipulated into evidence, there should be no objections. In addition, the plaintiffs claim they are objecting to two of the defendant's exhibits, but offer no objections. *See* ECF No. 41 at 43.

I THEREFORE ORDER that the parties' Joint Pretrial Order (**ECF No. 41) is REJECTED.** The parties will submit a new proposed Joint Pretrial Order that complies with Local Rules 16-3 and 16-4 by March 20, 2025.

DATED this 4th day of March, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE