ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
**PYATT SILVESTRI**
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
aiqbal@pyattsilvestri.com

Attorneys for Defendant,
*KEY INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUCIA COVARRUBIAS, an Individual, MARIA DE JESUS RODRIGUEZ, an Individual, ESTATE OF OSCAR ALFREDO AYALA, Individually and as Assignees of PABLO C. TORRES-ESPARZA<br><br>Plaintiff,<br><br>vs.<br><br>KEY INSURANCE COMPANY, and DOES I - V, and ROE CORPORATIONS I - V, inclusive,<br><br>Defendants. | CASE NO.:  2:23-cv-00291-APG-DJA |

## STIPULATION AND ORDER TO CONTINUE TRIAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs LUCIA COVARRUBIAS, MARIA DE JESUS RODRIGUEZ, and the ESTATE OF OSCAR ALFREDO AYALA and their counsel of record, David F. Sampson, Esq., of the Law Offices of David Sampson, and Defendant KEY INSURANCE COMPANY, through its counsel of record James P.C. Silvestri, Esq., and Ali R. Iqbal, Esq., of the law firm Pyatt Silvestri, that Trial in this

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Suite 250
Las Vegas, NV 89128
(702) 383-6000

Page 1 of 3

matter scheduled October 6, 2025, be continued for at least 120 days. The parties set forth the following information in support of their stipulation.

### a) Status of Action and Reasons for Continuation of Trial

Pursuant to FRCP 6(b)(1)(A), and specifically LR 26-3, "a stipulation to extend any date set by the discovery plan, scheduling order, or other order must….be supported by a showing of good cause for the extension. A…stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline. A request made within 21 days of the subject deadline must be supported by a showing of good cause. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect."

On August 5, 2025, the parties submitted a Joint Status Report. See Document #49. The Report stated that Defendant would file a Motion to Withdraw as Counsel, which was filed on that same day. See Document #50. That Motion outlined that undersigned counsel is not authorized to take any further actions with respect to this matter, especially taking this matter to trial. To date, this Court has not issued a decision as to that Motion.

The Joint Status Report also stated that Key was placed in rehabilitation by the District Court of Shawnee County, Kansas, on March 3, 2025. On March 31, 2025, the District Court of Shawnee County, Kansas, entered a Final Order and Judgment of Liquidation with Finding of Insolvency relating to Key effective April 1, 2025. As such, the Special Deputy Receiver appointed for Key in liquidation, Bruce E. Baty, Esq., directed the undersigned and the firm of the undersigned to withdraw from the action as counsel for Key, on April 9, 2025.

On August 20, 2025, this court issued a Minute Order in Chambers to which the court ordered that the parties MUST file a stipulation to continue the trial, by September 8, 2025.

Since then, counsel have discussed the issues, and because of the finding of insolvency, the parties have agreed to continue the trial until this issue can be resolved. The parties propose a 120-day extension. There exists good cause, and excusable neglect for this Court to issue a stay.

### b) Proposed Trial Date

The Current Trial Date is October 6, 2025. The parties request a 120-day extension, until the trial stack that begins on February 3, 2026.

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Suite 250
Las Vegas, NV 89128
(702) 383-6000

Page 2 of 3

|  | Current Date | Proposed Date |
|---|---|---|
| Amend Pleadings and Add Parties | Closed | Closed |
| Initial Expert Disclosures | Closed | Closed |
| Rebuttal Expert Disclosures | November 21, 2023 | Closed |
| Close of Discovery | April 4, 2024 | Closed |
| Dispositive Motions | April 19, 2024 | Closed |
| Joint Pretrial Order | May 20, 2024 | Closed |

Based on the foregoing, the parties respectfully request this Court grant their Stipulation an Order to Continue Trial.

Respectfully Submitted this 8th day of September 2025.

**PYATT SILVESTRI**

/s/ *Ali R. Iqbal*
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
*Attorneys for Defendant*

**LAW OFFICES OF DAVID SAMPSON**

/s/David F. Sampson
DAVID F. SAMPSON, ESQ.
Nevada Bar No. 6811
630 South 3rd Street
Las Vegas, NV 89101
*Attorney for Plaintiffs*

## ORDER

IT IS ORDERED that the trial set for October 6, 2025, is continued to February 9, 2026, at 9:00 a.m., and that the scheduling conference set for September 17, 2025, is vacated. The calendar call set for September 30, 2025, is rescheduled for February 3, 2026, at 9:00 a.m. All proceedings are in Las Vegas Courtroom 6C before Chief Judge Andrew P. Gordon.

Dated: September 9, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Suite 250
Las Vegas, NV 89128
(702) 383-6000

Page 3 of 3