**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUCIA COVARRUBIAS, MARIA DE JESUS RODRIGUEZ, and ESTATE OF OSCAR ALFREDO AYALA, individually and as assignees of PABLO C. TORRES-ESPARZA,<br><br>     Plaintiffs,<br><br>v.<br><br>KEY INSURANCE COMPANY,<br><br>     Defendant | Case No.: 2:23-cv-00291-APG-DJA<br><br>**Order Granting Motion to Strike Defendant's Answer**<br><br>[ECF No. 58] |

Defendant Key Insurance has been declared insolvent and ordered to be liquidated. ECF No. 47-1. Key's lawyers in this case were permitted to withdraw, and Key was ordered to retain new counsel by November 21, 2025. ECF No. 56 at 2. Key has not designated new counsel. Entities cannot appear in a lawsuit without counsel. Because Key has not retained counsel, it cannot defend itself in this case. And because it has not complied with this court's order, the plaintiffs move to strike Key's answer. ECF No. 58. Good cause supports the motion so I will grant it and direct that default be entered against Key Insurance.

I THEREFORE ORDER that the plaintiffs' motion to strike **(ECF No. 58) is granted**. Key Insurance's answer to the plaintiff's complaint (ECF No. 1-2 at 616-628) is stricken. The clerk of court is directed to enter default against Key Insurance.

DATED this 21st day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE