**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUCIA COVARRUBIAS, et al., | Case No.: 2:23-cv-00291-APG-DJA |
| Plaintiff | **Order Granting Motion to Stay Case** |
| v. | [ECF No. 64] |
| KEY INSURANCE COMPANY, | |
| Defendant | |

I ORDER that the plaintiffs' motion to stay case **(ECF No. 64) is GRANTED**.

I FURTHER ORDER the plaintiffs to file a status report every six months to provide an update on the progress of the administrative remedies and whether the stay in this case should remain in place, with the first status report being due August 13, 2026.

DATED this 13th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE